MONTGOMERY COAL & OIL Co. et al., Respondent-Appellants, v. ARTHUR H. FUSS, Appellant-Respondent, et al., Defendants.—

Rabin, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.